## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
for the
Northern District of Texas

```
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
      FILED

2017 JUN 14  AM 10: 27

DEPUTY CLERK_____
```

THOMAS MARTIN
    Plaintiff(s)
v.                        Case No. 3:17-cv-01281-B

LENNOX INDUSTRIES, INC.
    Defendant(s)

**ORIGINAL**

Came to hand on June 08, 2017, at 08:30 AM.

Executed at 211 E. 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 10:30 AM on June 08, 2017, by delivering to the within named:

### LENNOX INDUSTRIES, INC.,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to its designated agent, SUE VERTREES, a true copy of this Summons in a Civil Action together with Complaint, having first endorsed upon such copy of such process the date of delivery.**

I am competent to make this oath; I am not less than 18 years of age, I am not a party to the abovereferenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the abovereferenced cause.

                    By: _____
                        Jeff Keyton SCH-735,
                        Exp: 7/31/2017

### VERIFICATION

STATE OF TEXAS       §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Jeff Keyton, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this June 12, 2017.

                                   Helen Lupercio
                            NOTARY PUBLIC, STATE OF TEXAS

17-027000/1580482



HELEN LUPERCIO
Notary Public, State of Texas
Comm. Expires 11-04-2019
Notary ID 130429927

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01281-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Lennox Industries, Inc.__

was received by me on *(date)* __6/8/17__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**RETURN / AFFIDAVIT PROOF - ATTACHED**

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

**RECEIVED**

**JUN 8 2017**

**@8:30 AM**

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| THOMAS MARTIN | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:17-cv-01281-B |
| LENNOX INDUSTRIES, INC. | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lennox Industries, Inc.
By Serving its Registered Agent
Corporation Service Company dba
Lawyers Incorporating Services Company
211 E. 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert E. Goodman, Jr.
Kilgore & Kilgore, PLLC
3109 Carlisle St
Dallas, Texas 75204
214-379-0823
reg@kilgorelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/7/2017

_s/S. Shelby_
*Signature of Clerk or Deputy Clerk*